UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
CISSIK, PETER J. §    Case No. 09-02231 SQU
 §
            Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF BANKRUPTCY COURT
    KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/23/2012 in Courtroom 4016,
    DuPage County Courthouse
    505 N. County Farm Rd.
    Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/20/2012    By: CLERK OF BANKRUPTCY COURT


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CISSIK, PETER J. § Case No. 09-02231 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,956.77 |
| and approved disbursements of | $ | 39.45 |
| leaving a balance on hand of[1] | $ | 5,917.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,345.68 | $ 0.00 | $ 1,345.68 |
| Other: International Sureties Ltd. | $ 5.05 | $ 5.05 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,345.68 |
| Remaining Balance | $ | 4,571.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,136.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 3,320.69 | $ 0.00 | $ 420.10 |
| 000002 | Recovery Management Systems Corporation | $ 10,402.17 | $ 0.00 | $ 1,315.98 |
| 000003 | U.S. Bank N.A. | $ 4,699.13 | $ 0.00 | $ 594.49 |
| 000004 | Chase Bank USA NA | $ 6,969.42 | $ 0.00 | $ 881.69 |
| 000005 | Chase Bank USA NA | $ 643.90 | $ 0.00 | $ 81.46 |
| 000006 | American Express Travel Related Services Co Inc | $ 6,457.75 | $ 0.00 | $ 816.97 |
| 000007 | American Express Centurion Bank | $ 3,643.62 | $ 0.00 | $ 460.95 |

Total to be paid to timely general unsecured creditors     $     4,571.64

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Peter J. Cissik  
    Debtor

Case No. 09-02231-CD  
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: mgonzalez | Page 1 of 3 | Date Rcvd: Feb 21, 2012 |
| | Form ID: pdf006 | Total Noticed: 38 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2012.

```
db          +Peter J. Cissik,    1201 Evergreen Drive,    Carol Stream, IL 60188-3307
13454122     AT&T Universal Card,    P.O. Box 44167,    Jacksonville, FL  32231-4167
13454119    +American Express,    P.O. Box 6618,    Omaha, NE 68106-0618
14072882     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13454120     American Express Co.,    C/O OSI Collection Services,    P.O. Box 952,    Brookfield, WI  53008-0952
13937233     American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
              Malvern  PA 19355-0701
13454121     American Express.,    P.O. Box 981537,    El Paso, TX  79998-1537
13454133   +++BAC Home Loans Servicing LP,    fka Countrywide Home Loans Servicing LP,
              c/o McCalla Raymer LLC BK Dept,    1544 Old Alabama Road,    Roswell, Georgia 30076-2102
13454127     BP Cardmember,    P.O. Box 15325,    Wilmington, DE  19886-5325
13454123    +Bank Of America NA,    C/O Associated Recovery System,    P.O. Box 469046,
              Escondido, CA 92046-9046
13454124     Bank Of America,    C/O Blatt, Hasenmiller, Leibsker & Moore,    125 S. Wacker Drive, Suite 400,
              Chicago, IL  60606-4440
13454126     Beneficial,    P.O. Box 17574,    Baltimore, MD  21297-1574
13454128     Capital One Bank USA, N.A.,    P.O. Box 6492,    Carol Stream, IL  60197-6492
13454129    +Chase - Circuit City,    225 Chastain Meadows CT NW,    Kennesaw, GA 30144-5944
13454130     Chase - Visa,    P.O. Box 15153,    Wilmington, DE  19886-5153
13918548     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13454132    +Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13454116    +Cissik Peter J,    1201 Evergreen Drive,    Carol Stream, IL 60188-3307
13454137    +Gary E. Krueger DDS,    P.O. Box 3000,    Salem, OR 97302-8001
13454138     Household Bank,    P.O. Box 88000,    Baltimore, MD  21288-0001
13454117    +Mark J Stauber,    1N141 County Farm Road Suite 230,    Winfield, IL 60190-2023
13454140     National City,    P.O. Box 856176,    Louisville, KY  40285-6176
13454141    +National City,    4100 W. 150th Street,    Cleveland, OH 44135-1389
13454142     Pinnacle Credit Services,    P.O. Box 640,    Hopkins, MN  55343-0640
13454143     Select Edition,    P.O. Box 856176,    Louisville, KY  40285-6176
13454144    +Summit Clinical Services,    1761 South Naperville Road,    Suite 200,    Wheaton, IL 60189-5846
13891177   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, OH 45201)
13454145     Universal Card,    8787 Baypine Road,    Jacksonville, FL  32256-8528
13454147    +Wells Fargo Financial,    P.O. Box 98798,    Las Vegas, NV 89193-8798
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13902360    +E-mail/Text: bncmail@w-legal.com Feb 22 2012 06:45:04     CHASE BANK USA,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13454125    +E-mail/PDF: rmscedi@recoverycorp.com Feb 22 2012 06:49:12
              Capital Recovery II (Bank Of America),    c/o Recovery Management Systems Corp,
              attn: Ramesh Singh,    25 S.E. 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13454131     E-mail/Text: BK.Notifications@jpmchase.com Feb 22 2012 06:20:26     Chase Auto Finance,
              P.O. Box 78050,    Phoenix, AZ  85062-8050
13763015     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 22 2012 06:48:14     DISCOVER BANK,
              DFS SERVICES LLC,    PO BOX 3025,    NEW ALBANY, OHIO  43054-3025
13454135     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 22 2012 06:48:14     Discover Card,    12 Reads Way,
              New Castle, DE  19720-1649
13454134     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 22 2012 06:48:14     Discover Card,
              P.O. Box 30395,    Salt Lake City, UT  84130-0395
13454136    +E-mail/Text: collector@dupageco.org Feb 22 2012 06:23:02     DuPage County Collector,
              421 N. County Farm Road,    Wheaton, IL 60187-3992
13454139     E-mail/PDF: cr-bankruptcy@kohls.com Feb 22 2012 06:58:49     Kohl’s,    P.O. Box 2983,
              Milwaukee, WI  53201-2983
13811869    +E-mail/PDF: rmscedi@recoverycorp.com Feb 22 2012 06:49:12
              Recovery Management Systems Corporation,    For Capital Recovery II,
              As Assignee of Bank of America,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13454146*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank Visa,    P.O. Box 790408,    St. Louis, MO  63179-0408)
13454118    ##+Acu-Care Chiropractic,    1750 Grandstand Place,    Elgin, IL 60123-4900
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1           User: mgonzalez              Page 2 of 3             Date Rcvd: Feb 21, 2012
                               Form ID: pdf006              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**                    **Signature:**    /s/ Joseph Speetjens

```
District/off: 0752-1          User: mgonzalez           Page 3 of 3            Date Rcvd: Feb 21, 2012
                              Form ID: pdf006          Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2012 at the address(es) listed below:
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    on behalf of Trustee Gina Krol gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Gina Krol jcohen@cohenandkrol.com,
           jcohenattorney@aol.com;jhazdra@cohenandkrol.com
          Mark J Stauber    on behalf of Debtor Peter Cissik stauberlaw@comcast.net, markjslaw@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yan  Teytelman    on behalf of Trustee Gina Krol law_4321@yahoo.com, Billbusters@BestClientinc.com
                                                                                                                                                          TOTAL: 6