**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CISSIK, PETER J. | § | Case No. 09-02231 |
| | § | |
| Debtor(s) | § | |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 30,246.00 |
| Total Distributions to Claimants: 4,571.72 | Claims Discharged<br>Without Payment: 78,620.91 |
| Total Expenses of Administration: 1,385.13 | |

3) Total gross receipts of $ 5,956.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,956.85 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 219,599.31 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,385.13 | 1,385.13 | 1,385.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 83,840.12 | 36,136.68 | 36,136.68 | 4,571.72 |
| **TOTAL DISBURSEMENTS** | $ 303,439.43 | $ 37,521.81 | $ 37,521.81 | $ 5,956.85 |

4) This case was originally filed under chapter 7 on 01/26/2009 . The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2012 By:/s/GINA B. KROL

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 5,953.00 |
| Post-Petition Interest Deposits | 1270-000 | 3.85 |
| TOTAL GROSS RECEIPTS | | $ 5,956.85 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beneficial | | 149,143.01 | NA | NA | 0.00 |
| | Chase Auto Finance | | 1,445.95 | NA | NA | 0.00 |
| | Countrywide | | 69,010.35 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 219,599.31 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,345.68 | 1,345.68 | 1,345.68 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 5.05 | 5.05 | 5.05 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 4.42 | 4.42 | 4.42 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 7.58 | 7.58 | 7.58 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 7.32 | 7.32 | 7.32 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 7.31 | 7.31 | 7.31 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 7.77 | 7.77 | 7.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,385.13 | $ 1,385.13 | $ 1,385.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal | | 6,850.00 | NA | NA | 0.00 |
| | Acu-Care Chiropractic | | 2,093.95 | NA | NA | 0.00 |
| | BP Cardmember | | 636.00 | NA | NA | 0.00 |
| | Bank of America | | 7,700.00 | NA | NA | 0.00 |
| | Capital One | | 2,520.00 | NA | NA | 0.00 |
| | Chase - Visa | | 3,732.00 | NA | NA | 0.00 |
| | Gary Krueger, DDS | | 848.00 | NA | NA | 0.00 |
| | Household Bank | | 586.00 | NA | NA | 0.00 |
| | Kohl's | | 700.00 | NA | NA | 0.00 |
| | National City | | 7,710.00 | NA | NA | 0.00 |
| | Select Edition | | 6,015.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Summitt Clinical Services | | 220.00 | NA | NA | 0.00 |
| | Universal Card | | 7,000.00 | NA | NA | 0.00 |
| | Wells Fargo Financial | | 445.00 | NA | NA | 0.00 |
| 000007 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 3,850.00 | 3,643.62 | 3,643.62 | 460.96 |
| 000006 | AMERICAN EXPRESS TRAVEL RELATED SER | 7100-900 | 6,500.00 | 6,457.75 | 6,457.75 | 816.98 |
| 000004 | CHASE BANK USA NA | 7100-900 | 7,325.00 | 6,969.42 | 6,969.42 | 881.71 |
| 000005 | CHASE BANK USA NA | 7100-900 | NA | 643.90 | 643.90 | 81.46 |
| 000001 | DISCOVER BANK | 7100-900 | 3,607.00 | 3,320.69 | 3,320.69 | 420.11 |
| 000002 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-900 | 10,402.17 | 10,402.17 | 10,402.17 | 1,316.00 |
| 000003 | U.S. BANK N.A. | 7100-900 | 5,100.00 | 4,699.13 | 4,699.13 | 594.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 83,840.12 | $ 36,136.68 | $ 36,136.68 | $ 4,571.72 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 09-02231 SQU Judge: JOHN H. SQUIRES
Case Name: CISSIK, PETER J.
For Period Ending: 05/17/12

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 01/26/09 (f)
341(a) Meeting Date: 03/03/09
Claims Bar Date: 07/08/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUND (u) | 0.00 | 5,953.00 | | 5,953.00 | FA |
| 2. 16 acres vacant land in WI | 16,000.00 | Unknown | | 0.00 | Unknown |
| 3. Residence | 250,000.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCONTS | 200.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance | 7,070.00 | 0.00 | | 0.00 | FA |
| 8. Stock | 24.00 | 0.00 | | 0.00 | FA |
| 9. Automobile | 3,435.00 | 0.00 | | 0.00 | FA |
| 10. Automobile | 2,505.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.85 | Unknown |
| TOTALS (Excluding Unknown Values) | $279,984.00 | $5,953.00 | | $5,956.85 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/10 Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit 9

Case No: 09-02231 -SQU
Case Name: CISSIK, PETER J.

Taxpayer ID No: *******0801
For Period Ending: 05/17/12

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9789 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/23/09 | 1 | Peter Cissik<br>1201 Evergreen Dr.,<br>Carol Stream, IL 60188 | | 1224-000 | 5,953.00 | | 5,953.00 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 5,953.02 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,953.16 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,953.32 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,953.47 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,953.62 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,953.77 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,953.92 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,954.07 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,954.22 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,954.36 |
| 02/09/10 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 4.42 | 5,949.94 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,950.08 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,950.24 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,950.39 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,950.54 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,950.69 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,950.84 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,951.00 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,951.15 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,951.29 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,951.45 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,951.60 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,951.75 |
| 02/07/11 | 000302 | International Sureties Ltd.<br>Suite 420 | BOND<br>BOND | 2300-000 | | 5.05 | 5,946.70 |

Page Subtotals 5,956.17 9.47

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 09-02231 -SQU
Case Name: CISSIK, PETER J.

Taxpayer ID No: *******0801
For Period Ending: 05/17/12

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9789 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street<br>New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,946.75 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,946.80 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,946.85 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,946.90 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,946.95 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,947.00 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,947.05 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,947.10 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,947.15 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.58 | 5,939.57 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,939.62 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.32 | 5,932.30 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,932.35 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.31 | 5,925.04 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,925.09 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.77 | 5,917.32 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,917.37 |
| 03/22/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 5,917.40 |
| 03/22/12 | | Transfer to Acct #*******4250 | Final Posting Transfer | 9999-000 | | 5,917.40 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 5,956.85 | 5,956.85 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,917.40 | |
| Subtotal | 5,956.85 | 39.45 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,956.85 | 39.45 | |

Page Subtotals 0.68 5,947.38

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 09-02231 -SQU
Case Name: CISSIK, PETER J.
Taxpayer ID No: *******0801
For Period Ending: 05/17/12

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4250 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/12 | | Transfer from Acct #*******9789 | Transfer In From MMA Account | 9999-000 | 5,917.40 | | 5,917.40 |
| 03/22/12 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,345.68 | 4,571.72 |
| 03/22/12 | 003002 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OHIO 43054-3025 | Claim 000001, Payment 12.65129% | 7100-900 | | 420.11 | 4,151.61 |
| 03/22/12 | 003003 | Recovery Management Systems Corporation<br>For Capital Recovery II<br>As Assignee of Bank of America<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000002, Payment 12.65121% | 7100-900 | | 1,316.00 | 2,835.61 |
| 03/22/12 | 003004 | U.S. Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000003, Payment 12.65128%<br>(3-1) unsecured credit card | 7100-900 | | 594.50 | 2,241.11 |
| 03/22/12 | 003005 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 12.65112% | 7100-900 | | 881.71 | 1,359.40 |
| 03/22/12 | 003006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 12.65103% | 7100-900 | | 81.46 | 1,277.94 |
| 03/22/12 | 003007 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000006, Payment 12.65116% | 7100-900 | | 816.98 | 460.96 |
| 03/22/12 | 003008 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000007, Payment 12.65115% | 7100-900 | | 460.96 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 5,917.40 | 5,917.40 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit 9

Case No: 09-02231 -SQU
Case Name: CISSIK, PETER J.

Taxpayer ID No: *******0801
For Period Ending: 05/17/12

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4250 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 5,917.40 | 5,917.40 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,917.40 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,917.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,917.40 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********9789 | 5,956.85 | 39.45 | 0.00 |
| BofA - Checking Account - ********4250 | 0.00 | 5,917.40 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,956.85 | 5,956.85 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ GINA B. KROL

Trustee's Signature: ________________________________ Date: 05/17/12

GINA B. KROL

Page Subtotals 0.00 0.00